OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 21, 2005

**Stephen E. Jenkins**
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

**Norman L. Pernick**
Saul Ewing LLP
222 Delaware Ave #1200
P.O. Box 1266
Wilmington, DE 19899

RE:   American Life Ins. v. Parra, et al
      CA 98-401 KAJ

Dear Counsel:

The Clerk's Office is currently in the process of returning Trial Exhibits in Judge Jordan's closed cases. Presently we have **2 Binders** of Plaintiff admitted trial exhibits; and **1-Binder** of Defendant's admitted trial exhibits to return to you. Please confer with each other and contact the undersigned to schedule pick-up of these exhibits.

*If counsel does not place their order to claim Trial Exhibits by 8/27/05, the Clerk will destroy any unclaimed exhibits.*

Please contact Bob Cruikshank at 573-6623 to arrange claiming/pick-up of exhibits. We will prepare the exhibits for your retrieval and contact you when they are ready for pick-up.

Sincerely,

By: *Bob C.*

Bob Cruikshank
Deputy Clerk